**Dottie Cook**

This is awful, Angelo 😢

23m    Like    Reply    👍 1

**Tanya Mourato Polak**

👏👏👏 I love how you omitted the fact that you tried to scam your insurance for this after we fixed what we were supposed to but yet you still want more.  Check public records everyone because Angelo here is leaving out a lot of information and it's going to help our countersuit

4m    Like    Reply



**Angelo Padula Jr.**

**Tanya Mourato Polak** really what are you smokin Insurance your dreaming and you fixed nothing see you in court and you will fix the mess that you created and why don't you mention that your people had to pay the sewer